# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In the matter of

JUAN ACOSTA,

    Petitioner.

Case No. 2:14-cv-01824-APG-NJK

**ORDER**

The court directed petitioner to pay the filing fee or to file a complete application to proceed in forma pauperis; the court also directed petitioner to file a petition for a writ of habeas corpus on the court's form and to name the correct respondents. Order (#2). Petitioner has not complied with the court's order in any way.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

Dated: February 2, 2015.

_____
ANDREW P. GORDON
United States District Judge